IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| JOSE ALONSO,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPRESS RECOVERY SERVICES, INC.,<br><br>        Defendant. | ORDER OF DISMISSAL<br><br>WITH PREJUDICE<br><br><br>Case No. 1:17-cv-00116-TC |

**ORDER**

      Plaintiff Jose Alonso and Defendant Express Recovery Services, Inc. (Express) entered into a settlement agreement (see ECF No. 31) and have now stipulated to dismiss this action. The parties' stipulated motion to dismiss Mr. Alonso's claims against Express with prejudice (ECF No. 32) is hereby GRANTED, with each party to bear their own attorney's fees and costs. The Clerk of Court is directed to close the case.

      DATED this 1st day of August, 2018.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge